Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LANGLEY AND ROBIN LANGLEY, | Case No. 2:10-cv-02616-WBS -EFB |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| NELSON & KENNARD, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice.  Each party shall bear their own costs and expenses.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 23rd day of September, 2011

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Robert S. Kennard
Nelson & Kennard
Attorney for Defendant

1
2

Filed electronically on this 23rd day of September, 2011, with:

3

United States District Court CM/ECF system

4

Notification sent electronically via the Court's ECF system to:

5
6

Robert Scott Kennard
Managing Partner

7

Nelson & Kennard, Attorneys at Law

8

2180 Harvard St.
P.O. Box 13807

9

Sacramento CA 95853

10
11

This 23rd day of September, 2011.

12

s/Todd M. Friedman
Todd M. Friedman

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28