# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT LANGLEY AND ROBIN LANGLEY,** | Case No. 2:10-cv-02616-WBS -EFB |
| Plaintiff, | **ORDER** |
| vs. | |
| **NELSON & KENNARD,** | |
| Defendant. | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

    Dated this 26th day of September, 2011.

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1